IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Philerial Holmes, Terrell Holmes, both individually and as Next Friends and Guardians ad Litem of and for Child One, Child Two and Child Three, the three biological minor children of Plaintiffs Philerial Holmes and Terrell Holmes, <br><br>       Plaintiffs, <br><br> vs. <br><br> Evan Robert Hawthorne, Sheriff Alex "Big A" Underwood, Sheriff Max Dorsey, in their official/representative capacities as the Sheriff(s) of Chester County, Chester County Sheriff's Office and Chester County, <br><br>       Defendants. | C/A No.: 0:20-172-MGL-SVH <br><br><br><br> ORDER |

This action was filed by Plaintiffs in the Chester County Court of Common Pleas on October 18, 2019, and was transferred to the District of South Carolina on January 17, 2020. Pursuant to the scheduling order entered by the court, discovery was to be completed by August 21, 2020, with dispositive motions, if any, to be filed by no later than September 8, 2020. [ECF No. 7]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

October 16, 2020                         Shiva V. Hodges
Columbia, South Carolina         United States Magistrate Judge